```
 1   GEORGE J. GIGOUNAS (Bar No. 209334)
     george.gigounas@dlapiper.com
 2   DLA PIPER LLP (US)
     555 Mission Street, Suite 2400
 3   San Francisco, CA 94105
     Tel: 415.836.2500
 4   Fax: 415.836.2501

 5   KIMBERLY S. HYDE (Bar No. 274623)
     kimberly.hyde@dlapiper.com
 6   DLA PIPER LLP (US)
     401 B Street, Suite 1700
 7   San Diego, CA 92101
     Tel: 619.699.2700
 8   Fax: 619.699.2701

 9   Attorneys for Defendants
     LOCKHEED MARTIN CORPORATION
10   and LOCKHEED MARTIN
     ENGINEERING & SCIENCES COMPANY
11
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>LOCKHEED MARTIN CORPORATION and LOCKHEED MARTIN ENGINEERING & SCIENCES COMPANY,<br><br>  Defendants. | CASE NO. 3:16cv2026 L (KSC)<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST FOR 30-DAY STAY**<br><br>Hearing Date:   February 6, 2017<br><br>Complaint Filed: August 11, 2016 |

List of Counsel continued from previous page:

Thomas A. Russell, Esq. (Bar No. 108607)
Ellen F. Gross, Esq. (Bar No.149127)
John N. Carter, Esq. (Bar No. 246886)
egross@portofsandiego.org
jcarter@portofsandiego.org
SAN DIEGO UNIFIED PORT DISTRICT
OFFICE OF THE PORT ATTORNEY
3165 Pacific Highway
San Diego, CA 92101
Telephone: (619) 686-6219
Facsimile: (619) 686-6444

William D. Brown (Bar No. 125468)
Wentzelee Botha (Bar No. 207029)
bbrown@brownandwinters.com
wbotha@brownandwinters.com
BROWN & WINTERS
120 Birmingham Drive, Suite 110
Cardiff-by-the-Sea, CA 92007
Telephone: (760) 633-4485
Facsimile: (760) 633-4427

William J. Jackson (Texas Bar No. 00784325 - admitted Pro Hac Vice)
Micheal W. Dobbs (Texas Bar No. 24012533 - admitted Pro Hac Vice)
bjackson@kelleydrye.com
mdobbs@kelleydrye.com
Kelley Drye / Jackson Gilmour & Dobbs LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027
Telephone: (713) 355-5000
Facsimile: (713) 355-5001

Attorneys for Plaintiff
SAN DIEGO UNIFIED PORT DISTRICT

| | |
|---|---|
| 1 | TO THE HONORABLE COURT AND ALL PARTIES OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT counsel for Plaintiff San Diego Unified |
| 3 | Port District and Defendants Lockheed Martin Corporation, and Lockheed Martin |
| 4 | Engineering & Sciences Company (collectively, the "Parties") have agreed upon a |
| 5 | settlement in principle of all claims and disputes in this matter, pending final |
| 6 | approval by each client (the "Settlement Agreement"). Counsel for the Parties have |
| 7 | agreed to recommend the Settlement Agreement to their respective clients, and are |
| 8 | presently endeavoring to complete all necessary settlement documents, approvals, |
| 9 | and signatures, which, if obtained, will result in the dismissal of this action. In |
| 10 | particular, the Port District must obtain approval of the Settlement Agreement from |
| 11 | its Board of Port Commissioners, which meets once per month, with the next |
| 12 | meeting scheduled for February 7, 2017. Upon full and final execution of the |
| 13 | Settlement Agreement, the Parties will file a Joint Motion for an Order Confirming |
| 14 | Good Faith Settlement, and Barring and Dismissing Claims with this Court. |
| 15 | The Parties have requested a 30-day continuance of Case Management Dates |
| 16 | in the related action, *San Diego Unified Port District v. General Dynamics, et al.*, |
| 17 | Case No. 07-cv-1955 [Dkt. No. 99]. Because the above-referenced action is not yet |
| 18 | ///// |
| 19 | ///// |
| 20 | ///// |
| 21 | ///// |
| 22 | ///// |
| 23 | ///// |
| 24 | ///// |
| 25 | ///// |
| 26 | ///// |
| 27 | ///// |
| 28 | ///// |

subject to a scheduling order, the Parties request that the Court **STAY** this action for 30 days pending approval of the Settlement Agreement, or until March 2, 2017.

Dated: January 31, 2017                     **DLA PIPER LLP (US)**

                                            By:  s/ George J. Gigounas
                                                 George J. Gigounas

                                            Attorneys for Defendant and Counter-Claimant LOCKHEED MARTIN CORPORATION

Dated: January 31, 2017                     KELLEY DRYE / JACKSON GILMOUR & DOBBS LLP

                                            By:  s/ William J. Jackson
                                                 William J. Jackson
                                                 Micheal W. Dobbs

                                            Attorneys for Plaintiff SAN DIEGO UNIFIED PORT DISTRICT

### SIGNATURE CERTIFICATION

Pursuant to section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

                                            s/ George J. Gigounas
                                            GEORGE J. GIGOUNAS